IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

ESSLONIA DIXON )
)
v. ) No. 2:18-0014
)
WAL-MART STORES EAST, LP )

# ORDER AND FINAL JUDGMENT

The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Sixth Circuit. For the reasons contained in the separately issued memorandum opinion, the Court finds that summary judgment under Fed. R. Civ. 56 is appropriate and therefore DISMISSES this case WITH PREJUDICE.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge